# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02034-WYD-CBS

MERIDIAN COMMERCIAL REAL ESTATE ASSOCIATES, LLC,
a Colorado Limited Liability, as Receiver for the property located at
4701 Marion Drive, Denver, Colorado,

      Plaintiff,

v.

THE HARTFORD CASUALTY INSURANCE COMPANY,

      Defendant.

_____

## ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER
_____

THIS MATTER having come before the Court on the parties' Joint Motion to Amend Scheduling Order (*doc. no. 34*), and the Court being fully advised in the premises and finding that good cause has been demonstrated to grant the proposed relief;

IT IS HEREBY ORDERED that the Joint Motion is GRANTED.  The Court Orders that the parties' shall have up to and including **June 5, 2006,** within which to file their expert witness disclosures and, up to and including, **July 14, 2006**, to file their rebuttal expert witness disclosures.

DATED at Denver, Colorado, this 5th day of May, 2006.

                                                        BY THE COURT:

                                                  *s/Craig B. Shaffer*
                                                  Craig B. Shaffer
                                                  United States Magistrate Judge