## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02034-WYD-CBS

MERIDIAN COMMERCIAL REAL ESTATE ASSOCIATES, LLC,
a Colorado limited liability,
as Receiver for the property located at
4701 Marion Drive, Denver, Colorado,

       Plaintiff,

v.

THE HARTFORD CASUALTY INSURANCE COMPANY,

       Defendant.

---

## ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER

---

THIS MATTER having come before the Court on the parties' Second Joint Motion to Amend Scheduling Order (*doc. no. 41*), and the Court being fully advised in the premises and finding that good cause has been demonstrated to grant the proposed relief;

IT IS HEREBY ORDERED that the instant motion is GRANTED.  The court orders that the parties' shall have up to and including **June 13, 2006** within which to file their expert witness disclosures and, up to and including, **July 22, 2006**, to file their rebuttal expert witness disclosures.  *All deadlines previously set by this Court, not modified herein, remain in effect.*

DATED this 1st day of June, 2006.

BY THE COURT:


*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge