UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02034-WYD-CBS

MERIDIAN COMMERCIAL REAL ESTATE ASSOCIATES, LLC,
    Plaintiff,
v.

THE HARTFORD CASUALTY INSURANCE COMPANY,
    Defendant.

ORDER

This civil action comes before the court on the parties telephonic oral request made on July 5, 2006 to vacate the settlement conference set Tuesday July 18, 2006 at 1:30 p.m. In light of the parties' representation that they have scheduled mediation with the Judicial Arbiter Group ("JAG"), IT IS ORDERED that:

    1.    The settlement conference set Tuesday July 18, 2006 at 1:30 p.m. is hereby VACATED.

    2.    The parties shall file a report on the status of this case on or before October 1, 2006.

DATED at Denver, Colorado this   6th   day of July, 2006.

BY THE COURT:

  /s/   Craig B. Shaffer

United States Magistrate Judge