## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02034-WYD-CBS

MERIDIAN COMMERCIAL REAL ESTATE ASSOCIATES, LLC,
a Colorado Limited Liability, as Receiver for the property located at
4701 Marion Drive, Denver, Colorado,

      Plaintiff,

v.

THE HARTFORD CASUALTY INSURANCE COMPANY,

      Defendant.

_____

### ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER
_____

      This matter comes before the Court on the Joint Motion to Amend Scheduling Order to Extend Discovery Cutoff for Depositions of Specified Witnesses to and Including September 15, 2006 [Document No. 45].

      IT IS HEREBY ORDERED that the instant motion is GRANTED.  The discovery cutoff is extended to and including **September 15, 2006**, soley for the purpose of taking depositions of Jane Adams, Alan Mandelstam, John Lynch, Ray Cogdill, and Dan Yarmon.  *All deadlines previously set by this Court, not modified herein, remain in effect.*

      DATED at Denver, Colorado, this 1st day of August, 2006.

                           BY THE COURT:



                           *s/Craig B. Shaffer*
                           Craig B. Shaffer
                           United States Magistrate Judge