IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02034-WYD-CBS

STOCK SHOW DRIVE, LLC,

    Plaintiff(s),

v.

THE HARTFORD CASUALTY INSURANCE COMPANY,

    Defendant(s).

---

**ORDER OF DISMISSAL**

---

THIS MATTER is before the Court on the parties' Stipulation for Dismissal With Prejudice, filed February 15, 2007 (docket #64).  The Stipulation states that the parties have settled all matters between them.  The Court, having reviewed the Stipulation and being fully apprised in the premises, it is hereby

ORDERED that the claims and causes of action in this case are **DISMISSED WITH PREJUDICE**, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), each party to pay its own costs and attorney fees.

Dated:  February 15, 2007

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge